## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BTC-USA Corporation,

                Plaintiff,

v.

Novacare (a French entity), Mougeot-Copy (a.k.a. Papeteries Mougeot SA) (a French entity), Koehler (a.k.a. Papierfabrik August Koehler AG) (a German entity), Richard Greene (an individual), Marc Defosse (an individual), and Sebastien Courtois (an individual),

                Defendants.

**ORDER**
Civil No. 07-3998 ADM/JSM

On June 16, 2008, the Court dismissed Plaintiff BTC-USA Corporation's ("BTC") Amended Complaint [Docket No. 27] against Defendants Novacare, Mougeot-Copy, Koehler, Richard Greene, and Marc Defosse, Order [Docket No. 43]. As of the date of the Court's Order, BTC had not served Defendant Sebastien Courtois ("Courtois"). Accordingly, the Court asked BTC whether it intended to proceed with its case in Minnesota with Courtois as the sole defendant.

On June 25, 2008, BTC filed a letter indicating that it was unable to locate Courtois for service and therefore consented to dismissing all claims against him without prejudice, BTC Letter [Docket No. 44]. Accordingly, the Court dismisses BTC's claims against Courtois.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

                                            BY THE COURT:


                                            s/Ann D. Montgomery
                                            ANN D. MONTGOMERY
                                            U.S. DISTRICT JUDGE

Dated:  June 26, 2008.